USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  BORIS ZASLAVSKIY,

                           Plaintiff,

              -against-                      1:20-cv-03205-GHW

  EXPERIAN INFORMATION SOLUTIONS,      ORDER
  INC. and LLC, AMERICAN EXPRESS CO.,

                         Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On December 17, 2020, Plaintiff and defendant American Express Co. submitted a stipulation, which provides that Plaintiff's claims against American Express in this action shall be arbitrated and that this matter shall be dismissed pending the conclusion of arbitration. Dkt. No. 71. The Court wishes to discuss the agreement with the parties before endorsing the stipulation.

       The Court will hold a teleconference on December 30, 2020 at 10:00 a.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. The parties are specifically directed to comply with Rule 2(C) of those rules.

       SO ORDERED.

Dated: December 28, 2020

                                                                              GREGORY H. WOODS
                                                          United States District Judge