# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BORIS ZASLAVSKIY

    Plaintiff,

        v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
AMERICAN EXPRESS CO.,

    Defendant.

CASE NO.: 1:20-cv-3205

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC

Plaintiff Boris Zaslavskiy and the Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate and agree that Plaintiff's action against Experian should be dismissed with prejudice and without costs to either party.

**Dated: December 28, 2020**

| For Plaintiff Boris Zaslavskiy | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Phone: (201) 282-6500<br>mrozenberg@steinsakslegal.com | */s/ James M. Gross*<br>James M. Gross<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>Phone: (212) 326-3733<br>jgross@jonesday.com |

SO ORDERED:

_____
The Honorable Gregory H. Woods
United States District Judge